Scott E. Shaffman (State Bar No. 90276)
sshaffman@aol.com
98 Del Monte Ave #200
Monterey, CA 93940
Telephone: (831) 333-0321
Facsimile: (831) 333-9012

Attorney for Plaintiff
LILIA ACEVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lilia Aceves,**<br><br>              **Plaintiff,**<br><br>      v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>              **Defendant.**<br><br>      v.<br><br>**AMERICAN FIDELITY ASSURANCE COMPANY**<br><br>              **Defendant.** | **CASE NO: C09-00086-JW**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable James Ware |

IT IS HEREBY STIPULATED by and between LILIA ACEVES, by and through her counsel of record, and STANDARD INSURANCE COMPANY and AMERICAN FIDELITY ASSURANCE COMPANY, by and through their counsel of record, that the above-captioned matter be dismissed with prejudice, each side to bear their own fees and costs.

Dated: March 16, 2009

SCOTT E. SHAFFMAN
Attorney at Law

By: /s/ Scott E. Shaffman
    Scott E. Shaffman

Attorney for Plaintiff Lilia Aceves

Dated: March 23, 2009

JONES DAY

By: /s/ Katherine S. Ritchey
    Katherine S. Ritchey

Attorney for Defendant Standard Insurance Company

Dated: March 25, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Thomas Herlihy
    Thomas Herlihy

Attorney for Defendant American Fidelity Assurance Company

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear their own fees and costs. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Date: March 26, 2009

_____
The Hon. James Ware
United States District Judge

- 2 -
SFI-605036v2

Stip. and [Prop.] Order re: Dismissal With Prejudice; C09-00086

# ATTESTATION CERTIFICATE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Katherine S. Ritchey
Katherine S. Ritchey

Counsel for Defendant
STANDARD INSURANCE COMPANY